**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE COMPANION LOAN HOLDERS, AS THEIR INTERESTS MAY APPEAR, <br><br> Plaintiff, <br><br> v. <br><br> 181 WEST MADISON PROPERTY LLC, a Delaware limited liability company, <br><br> Defendant. | Case No.: 1:26-cv-03416 <br><br> Hon. Robert N. Gettleman <br><br> Magistrate Judge Young B. Kim |

**NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2020-LOOP, Commercial Mortgage Pass-Through Certificates, Series 2020-LOOP and the Companion Loan Holders, as their interests may appear identifies Wells Fargo & Company as an affiliate of Wells Fargo Bank, National Association. Wells Fargo Bank, National Association is the principal subsidiary of Wells Fargo & Company.

Dated: March 30, 2026

Respectfully submitted,

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE

2

COMPANION LOAN HOLDERS, AS THEIR
INTERESTS MAY APPEAR,

By:  */s/ Robert W. Brunner*

Robert W. Brunner
Nathan E. Delman
KILPATRICK TOWNSEND & STOCKTON LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200
bbrunner@ktslaw.com
ndelman@ktslaw.com

2