**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE COMPANION LOAN HOLDERS, AS THEIR INTERESTS MAY APPEAR,

       Plaintiff,

       v.

181 WEST MADISON PROPERTY LLC, a Delaware limited liability company,

       Defendant.

Case No.: 1:26-cv-03416

Hon. Robert N. Gettleman

Magistrate Judge Young B. Kim

## <u>DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2020-LOOP, Commercial Mortgage Pass-Through Certificates, Series 2020-LOOP and the Companion Loan Holders, discloses that Wells Fargo Bank, National Association is a citizen of the State of South Dakota given that its principal place of business is located in Sioux City, South Dakota.

Dated: March 30, 2026

Respectfully submitted,

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE

2

<div style="margin-left: 40%">

COMPANION LOAN HOLDERS, AS THEIR
INTERESTS MAY APPEAR,

By:   */s/ Robert W. Brunner*

</div>

Robert W. Brunner
Nathan E. Delman
KILPATRICK TOWNSEND & STOCKTON LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200
bbrunner@ktslaw.com
ndelman@ktslaw.com