**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE COMPANION LOAN HOLDERS, AS THEIR INTERESTS MAY APPEAR,<br><br>     Plaintiff,<br><br>     v.<br><br>181 WEST MADISON PROPERTY LLC, a Delaware limited liability company,<br><br>     Defendant. | Case No.: |

**REQUEST FOR REFUND**

I am counsel for Plaintiff in the above-entitled cause. On March 27, 2026, I filed the Complaint in this cause but was charged twice for the $405 filing fee. The two receipt numbers are AILNDC-24907972 and AILNDC-24908258. The duplicate payment relates to receipt number AILNDC-24908258. I am requesting a refund of $405 for receipt No. AILNDC-24908258. Thank you.

Date: March 31, 2026

/s/ Robert Brunner
KILPATRICK TOWNSEND & STOCKTON LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200
bbrunner@ktslaw.com
Attorney No.: 6203884