**AFFIDAVIT OF SERVICE**

**CIRCUIT COURT OF COOK COUNTY**
**COOK COUNTY, STATE OF ILLINOIS**

Wells Fargo Bank, N.A.

              Plaintiff(s)

v.

181 West Madison Property LLC

              Defendant(s)

Case No.:1:26-cv-03416

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE #2800
Atlanta, GA 30309
(404) 815-6182
*Attorneys for the Plaintiff*

Client File# 1510755

        The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

        That on 4/2/2026 at 2:25 PM at the address of 181 W Madison St, Chicago, within Cook County, IL, the undersigned duly served the following document(s): Summons and Complaint in the above entitled action upon 181 West Madison Property LLC, by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Bowen Gao as Regiztered Agent, by Leaving with Zade Tagania, Property Manager, a person of suitable age and discretion, who is a resident therein.

Physical description of person served: Gender: Female | Race: White | Age: 45 | Height: 5'7 | Weight: 150 | Hair: Black/Brown

I declare under penalty of perjury under the laws of the state of  that the foregoing is true and correct.

That the fee for this Service is  $ 457.60



                                                  4/6/2026

Steven A. Stosur
Nationwide Legal, LLC
Registration No.: 117-001119
101 W. Broadway Suite 550
San Diego, CA 92101             Order #:SD265195
(619) 232-7500               Their File 1510755