**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Wells Fargo Bank, N.A.

                                    Plaintiff,

v.                                                    Case No.: 1:26–cv–03416
                                                      Honorable Robert W. Gettleman

181 West Madison Property LLC

                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 7, 2026:


        MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on plaintiff's Motion For Appointment Of Receiver [10]: defendant's response due 4/22/2026; plaintiff's reply due 4/29/2026. Counsel is directed to serve the defendant with a copy of the motion and this briefing schedule. Emailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.