**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Wells Fargo Bank, N.A. | Case No.:1:26-cv-03416 |
| Plaintiff(s) | Kilpatrick Townsend & Stockton LLP |
| v. | 1100 Peachtree Street NE #2800 |
| | Atlanta, GA 30309 |
| 181 West Madison Property LLC | (404) 815-6182 |
| | *Attorneys for the Plaintiff* |
| Defendant(s) | Client File# 1510755 |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 4/8/2026 at 1:22 PM at the address of 181 W Madison St Ste 3125, Chicago, within Cook County, IL, the undersigned duly served the following document(s): April 7, 2026 Court Order; Motion for Appointment of Receiver in the above entitled action upon 181 West Madison Property LLC c/o Bowen Gao, by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Krystal Kurinsky, Senior Vice President, a person of suitable age and discretion, who is a resident therein.

Physical description of person served: Gender: Female | Race: White | Age: 60 | Height: 5'5 | Weight: 150 | Hair: Gray

I declare under penalty of perjury under the laws of the state of  that the foregoing is true and correct.

That the fee for this Service is  $ 395.80



_Steven A. Stosur_      4/9/2026

Steven A. Stosur
Nationwide Legal, LLC
Registration No.: 117-001119
101 W. Broadway Suite 550
San Diego, CA 92101      Order #:SD266107
(619) 232-7500      Their File 1510755