**IN THE MATTER OF**

Bond No.  __108435531_____

---

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST

2020-LOOP COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE COMPANION LOAN HOLDERS, AS THEIR INTERESTS MAY APPEAR,

VS.

**Receiver's Bond**

---

181 WEST MADISON PROPERTY LLC, a
Delaware limited liability company; and UNKNOWN OWNERS and NON-RECORD CLAIMANTS

**Case No.** __1:26-cv-03416_____

---

---

**KNOW ALL MEN BY THESE PRESENTS:**

THAT WE,  __Matthew D. Mason of Hilco Real Estate, LLC_____  as  Principal(s)

and the  __Travelers Casualty and Surety Company of America_, a  _____CT_____  corporation, as Surety, are held and

firmly  bound  unto  __UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS__  as  Obligee(s),  in  the  penal  sum  of

__One Hundred Thousand and 00/100_____

( _____$100,000.00_____ ) DOLLARS, lawful money of the United States of America, for the payment of which, well  and  truly  to  be  made,  we  bind  ourselves,  our  heirs,  legal  representatives,  successors  and  assigns, jointly  and  severally,  firmly  by  these  presents.

Whereas,  in  the  above  action  and  the  above  Court,  __Matthew D. Mason of Hilco Real Estate, LLC_____ ,

the  Principal(s)  has  (have)  been  appointed  Receiver(s)  of  _____

__all of the real, personal, tangible and intangible property of 181 West Madison Property LLC_____

with  authority  and  instructions  and  designated  by  the  court,  and  has  (have)  been  directed  to  give  a  bond  to Obligee  in  the  sum  aforesaid,  according  to  law.

NOW  THEREFORE,  THE  CONDITION  OF  THIS  OBLIGATION  IS  SUCH,  That  if  the  said  Principal(s)  shall faithfully  discharge  the  duties  of  Receiver(s),  and  shall  obey  the  orders  of  the  Court  therein,  then  this obligation  shall  be  void;  otherwise  to  remain  in  full  force  and  virtue.

SIGNED  AND  SEALED  this  __27th__  day  of  _____April_____,  ___2026___.

Matthew D. Mason of Hilco Real Estate, LLC

BY: _____

**APPROVED**

_____

_____

BY: _____

BY: _____

    Melissa Heffernan **Attorney-in-Fact**

BY: _____

    **Judge**

_____

**Producer Name**
**(Required in Arizona Only)**



**Travelers Casualty and Surety Company of America**
**Travelers Casualty and Surety Company**
**St. Paul Fire and Marine Insurance Company**

## POWER OF ATTORNEY

Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and the Companies do hereby make, constitute and appoint **Melissa Heffernan** of **CHICAGO** , **Illinois** , their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **16th** day of **February**, **2024.**

  

State of Connecticut

By: _____
Bryce Grissom, Senior Vice President

City of Hartford ss.

On this the **16th** day of **February**, **2024**, before me personally appeared **Bryce Grissom**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June**, **2026**

 _____
Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this **27th** day of **April** , **2026** .

  

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.*