**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE, FOR THE
BENEFIT OF HOLDERS OF J.P.
MORGAN CHASE COMMERCIAL
MORTGAGE SECURITIES TRUST 2020-
LOOP, COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2020-LOOP AND THE
COMPANION LOAN HOLDERS, AS
THEIR INTERESTS MAY APPEAR,

Case Number: 1:26-CV-03416

        Plaintiff

v.

181 WEST MADISON PROPERTY LLC

        Defendant.

An appearance is hereby filed by the undersigned as attorney for:
MATTHEW D. MASON of Hilco Real Estate, LLC, the Court Appointed Receiver,

Attorney name (type or print):  Aaron Davis

Firm:    Seyfarth Shaw LLP

Street address:     233 South Wacker Drive, Suite 8000

City/State/Zip:    Chicago, IL  60606

Bar ID Number:  6292665
(See item 3  in instructions)

Telephone Number:    (312) 460-5133

Email Address: aarondavis@seyfarth.com

Are you acting as lead counsel in this case?      ✓ Yes    ☐ No

Are you a member of the court's general bar?      ✓ Yes    ☐ No

Are you a member of the court's trial bar?      ☐ Yes    ✓ No

Are you appearing *pro hac vice*?      ☐ Yes    ✓ No

If this case reaches trial, will you act as the trial attorney?      ☐ Yes    ✓ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                        ☐    Appointed Counsel
                                               If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.


Executed on May 12, 2026


Attorney signature:     S/ Aaron Davis _____
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023