**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE COMPANION LOAN HOLDERS, AS THEIR INTERESTS MAY APPEAR,<br><br>        Plaintiff,<br><br>                v.<br><br>181 WEST MADISON PROPERTY LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.: 1:26-cv-03416<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Young B. Kim |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2020-LOOP, Commercial Mortgage Pass-Through Certificates, Series 2020-LOOP and the Companion Loan Holders, as their interests may appear ("Plaintiff"), acting by and through its special servicer, Situs Holdings, LLC, and its undersigned counsel, and for its Motion for Entry of Default against Defendant 181 West Madison Property LLC, a Delaware limited liability company ("Defendant") pursuant to Federal Rule of Civil Procedure 55(a) in this cause states:

## BACKGROUND

On March 27, 2026, Plaintiff filed a Complaint for Foreclosure and Other Relief ("Complaint") in this cause against Defendant 181 West Madison Property LLC ("Defendant"). (Doc. 1.)   Defendant was served with the Complaint on April 2, 2026. (Doc. 11.)   Defendant

has never filed an appearance or response to the Complaint. *See* Docket, *gen*.

On April 3, 2026, Plaintiff filed a Motion for Appointment of Receiver ("Motion") in this cause. (Doc. 10.) On April 7, 2026, the Court entered a briefing schedule on the Motion, which required Defendant to respond to the Motion by April 22, 2026, and Plaintiff shall file a reply by April 29, 2026. (Doc. 12.) The Court also ordered Plaintiff to serve Defendant with a copy of the Motion and the briefing schedule. (*Id.*) Plaintiff served Defendant with a copy of the Motion and briefing schedule on April 8, 2026. (Doc. 13.) Defendant never filed a response to the Motion, and on April 24, 2026, the Court entered an Order Appointing Receiver. (Doc. 17.)

On April 30, 2026, the receiver appointed in this case filed a motion to retain counsel. (Doc. 19). Defendant never filed a response or opposition to the motion to retain counsel. *See* Docket, *gen*.

## **ARGUMENT**

Federal Rule of Civil Procedure 55(a) provides:

> **(a) Entering a Default.** When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a).

Defendant has failed to plead or otherwise defend the claims against it in this foreclosure action, which is established by the docket in this case. Moreover, Defendant has taken no action of any kind in this case, including responding to motions that have been filed. Accordingly, an entry of default should be entered against Defendant. *Winiecki v. Creditors Interchange Receivable Mgmt., LLC*, 14 F. Supp. 3d 1086, 1089–90 (N.D. Ill. 2014) (motion for entry of default granted under Rule 55 based on failure to timely appear or answer).

WHEREFORE, Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of Holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2020-LOOP, Commercial Mortgage Pass-Through Certificates, Series 2020-LOOP and the Companion Loan Holders, as their interests may appear, respectfully requests that (1) this Motion be granted for the reasons stated herein, (2) that an entry of default be entered against Defendant 181 West Madison Property LLC, a Delaware limited liability company, and (3) the Court enter any further relief that it deems just and proper.

Dated: June 11, 2026

Respectfully submitted,

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP AND THE COMPANION LOAN HOLDERS, AS THEIR INTERESTS MAY APPEAR,

By: */s/ Robert W. Brunner*

Robert W. Brunner
Nathan E. Delman
KILPATRICK TOWNSEND & STOCKTON LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200
bbrunner@ktslaw.com
ndelman@ktslaw.com

3