## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Wells Fargo Bank, N.A.

                           Plaintiff,

v.                                      Case No.: 1:26–cv–03416
                                      Honorable Robert W. Gettleman

181 West Madison Property LLC

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 14, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's motion for entry of default against defendant is granted. Pursuant to Federal Rule of Civil Procedure 55(a) this court enters an order of default against 181 West Madison Property LLC. This motion and order have been reviewed and approved by Chief Judge Kendall in the court's absence. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.